IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: _____ |
| | : | 29 U.S.C. § 501(c) |
| vs. | : | |
| | : | |
| **JOSEPH MICHAEL JOHNSON** | : | |

**INDICTMENT**

**COUNT 1**
(Theft of Union Funds)

THE GRAND JURY CHARGES:

From July 2004 through July 2006, in the District of South Carolina, the defendant, **JOSEPH MICHAEL JOHNSON**, while the Secretary-Treasurer of the Boilermakers Union Lodge 687, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $102,519;

In violation of Title 29, United States Code, Section 501(c).

A       TRUE       BILL

 S/FOREPERSON
FOREPERSON

s/W. WALTER WILKINS
W. WALTER WILKINS (MRD)
UNITED STATES ATTORNEY